Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
TAMPA Division

Case No. 8:25 cv 1150 SDM-NHA
(to be filled in by the Clerk's Office)

DUSTIN PARRISH

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

UNITED STATES OF AMERICA, ET AL
UNKNOWN FEDERAL OFFICERS

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

MAY 5 2025 PM 1:44
FILED - USDC - FLMD - TPA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DUSTIN PARRISH
All other names by which you have been known:
ID Number: 2024-38929
Current Institution: FALKENBURG ROAD JAIL
Address: 520 N. FALKENBURG ROAD
TAMPA, FL 33619

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: UNKNOWN FEDERAL OFFICERS
Job or Title (if known): ICE AGENCY
Shield Number: UNKNOWN
Employer: ASKING LEAVE FOR DISCOVERY
Address: TO IDENTIFY OFFICER NAMES
TAMPA, FL 33619
☒ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: UNKNOWN FEDERAL OFFICERS
Job or Title (if known): ICE AGENCY
Shield Number: UNKNOWN
Employer: ASKING FOR LEAVE FOR DISCOVERY
Address: TO IDENTIFY OFFICER NAME
TAMPA, FL 33619
☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: UNKNOWN FEDERAL OFFICERS
  Job or Title (if known): ICE AGENCY (NAME UNKNOWN)
  Shield Number: UNKNOWN
  Employer: ASKING LEAVE FOR DISCOVERY
  Address: TO IDENTIFY OFFICERS NAME
  City: TAMPA   State: FL   Zip Code: 33619
  [X] Individual capacity   [X] Official capacity

Defendant No. 4
  Name: UNKNOWN FEDERAL OFFICERS
  Job or Title (if known): ICE AGENCY (NAME UNKNOWN)
  Shield Number: UNKNOWN
  Employer: ASKING LEAVE FOR DISCOVERY
  Address: TO IDENTIFY OFFICER NAME'S
  City: TAMPA   State: FL   Zip Code: 33619
  [X] Individual capacity   [X] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I AM ASKING FOR LEAVE TO EXPEDITE DISCOVERY AND THEN AMEND THIS COMPLAINT ONCE THE IDENTITY OF THESE UNKNOWN FEDERAL OFFICERS ARE

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? MY FOURTH AMENDMENT RIGHTS ARE BEING VIOLATED I AM BEING SURVEILLED ILLEGALLY WITH "BODY TEXT" AND THERMAL IMAGING EQUIPMENT WITHOUT WARRANT. AND I AM BEING THREATENED BY FEDERAL OFFICERS NOT TO REPORT THESE ACTS TO FEDERAL AUTHORITES

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I AM ASKING FOR "EMERGENCY" INJUCTIVE RELIEF TO PREVENT FURTHER HARM. I AM BEING HARASSED 24 HRS A DAY WITH ILLEGAL SEARCHES OF MY BODY AND PAPERS AND PERSONAL MEDICAL INFORMATION ATTORNEY

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed. EACH FEDERAL OFFICER USED FALSE EVIDENCE TO GET A WARRANT TO GET ACCESS TO "BODY TEXT" EQUIPMENT AND THERMAL IMAGING TO SURVEILLE ME ILLEGALLY ONCE I BECAME AWARE USED THIS TECHNOLOGY TO CONTACT ME INSIDE THE JAIL AND THREATENED ME NOT TO MAKE FEDERAL AUTHORITIES AWARE. AT ALL TIMES ACTING UNDER COLOR OF LAW

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain) _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

UNKNOWN FEDERAL OFFICERS ILLEGALLY CONSPIRED ME USING "BODY TEXT" EQUIPMENT AND HARASSED ME USING THERMAL IMAGING EQUIPMENT WITHOUT WARRANTS

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I AM BEING CONTACTED BY FEDERAL OFFICER THRU ELECTRONIC TECHNOLOGY AND INFORMANTS AND THREATENED NOT TO TESTIFY ABOUT ILLEGAL ENTRAPMENTS BY THESE OFFICERS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

11/22/24 UNTIL PRESENT TIME. THE OFFICERS ARE STILL CONTACTING ME AND SAY THEY REFUSE TO STOP WITHOUT COURT ORDER

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* OFFICERS I BELIEVED TO BE ICE AGENTS BEGAN CONTACTING ME WITH WHAT HE SAID "EDD/TEDD" IT IS TECHNOLOGY UNAVAILABLE TO THE PUBLIC WHICH ALLOWS THEM TO READ YOUR THOUGHTS AND HAVE SECRET CONVERSATIONS AND THEY HAVE BEEN SURVEILLING ME WITHOUT WARRANTS AND THEY ARE MAKING THREATS FOR ME NOT TO REPORT THIS CONTACT BECAUSE OFFICE WON'T GET IN TROUBLE. DORM DEPUTIES WERE AWARE AS WELL.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I HAVE LOST ALL RIGHTS TO MY BODY TO BE FREE FROM SEARCHES. HE IS GIVING THE PUBLIC ACCESS TO MY THOUGHTS, MY ATTORNEY CLIENT PRIVILEGES ARE BEING VIOLATED I CANT GO ANY WHERE WITHOUT BEING CONTACTED BY A FEDERAL OFFICERS. THEY ARE ILLEGALLY WATCHING ME IN THE SHOWERS WITH THERMAL IMAGING INSIDE THE JAIL A VIOLATING MY CLEARLY ESTABLISHED RIGHT TO BE FREE FROM UNNECESSARY STRIP SEARCHES

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I AM ASKING FOR INJUNCTION AGAINST THESE ILLEGAL OFFICERS TO TURN OFF THIS ELECTRONIC SURVEILLANCE, BECAUSE THEY ARE ILLEGALLY USING IT TO THREATEN ME AND VIOLATE MY CLEARLY ESTABLISHED RIGHT TO PRIVACY. AND PREVENT FURTHER THREATS OF HARM OR ILLEGAL SET UPS. AND STOP THE USE OF THERMAL IMAGING IS' TO SEXUALLY HARRASS ME. I AM ASKING FOR DAMAGES IN THE AMOUNT OF $5,000 DOLLARS.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). NO THIS AROSE FROM A SEALED FEDERAL CRIMINAL INVESTIGATION SURVEILLANCE AND THE FEDERAL OFFICERS CONTINUED TO INVESTIGATE ME IN THE JAIL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)? THIS IS A FEDERAL MATTER AND THE JAIL DOES NOT HAVE JURISDICTION TO STOP FEDERAL OFFICERS FROM CONTINUING THE ACTIONS AND NO THEY DONT COVER MY CLAIMS THIS MATTER IS ABOVE THERE CAPABILITIES

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I FILED A GRIEVANCE BUT THEY ARE BEING INTERCEPTED THE [illegible] AND THE [illegible] ARE HAVING [illegible] TO PUT ME IN [illegible] FOR MAKING REPORTS

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: THE JAIL SUPERVISOR AND MY ATTORNEY AND FILED ELECTRONIC TIPS TO JAIL DETECTIVE BUT THIS IS A FEDERAL MATTER AND THEY CAN DO NOTHING TO STOP IT

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I HAVE MADE MY ATTORNEY AWARE BUT I BELIEVE HE HAS BEEN CONTACTED BY THESE OFFICERS AND HE IS COMPROMISED AND I FEAR RETALIATION FROM JAIL STAFF

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) DUSTIN PARRISH
   Defendant(s) UNITED STATES AND UNKNOWN FEDERAL OFFICERS

2. Court *(if federal court, name the district; if state court, name the county and State)*
   MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

3. Docket or index number
   8:25-cv-_____-m-LSG

4. Name of Judge assigned to your case
   KATHRYN KIMBALL MIZELLE

5. Approximate date of filing lawsuit
   APRIL 8, 2025

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. 4/21/25

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   DISMISSED WITHOUT PREJUDICE

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MON April 28, 2025

Signature of Plaintiff: Dustin Parrish
Printed Name of Plaintiff: DUSTIN PARRISH
Prison Identification #: 2024-38929
Prison Address: 520 N. FALKENBURG ROAD
TAMPA, FL 33619

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address